IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA GENTLE,

    Plaintiff,

v.

DAVID J. MAHONEY and
DEPUTY C. YANG,

    Defendants.

OPINION & ORDER

Case No. 18-cv-193-wmc

*Pro se* plaintiff Joshua Gentle is proceeding against defendant David J. Mahoney and Deputy C. Yang on a claim related to the exposure of lead in the drinking water at the Dane County Jail. On June 28, 2019, defendants filed a motion for summary judgment for failure to exhaust administrative remedies. (Dkt. #15.) The court set July 19, 2019, as plaintiff's deadline to respond to defendants' motion. That deadline has passed, and Gentle has not responded or contacted the court seeking an extension of that deadline. His failure to respond to defendants' motion, or to take any other action indicating that he is preparing an opposition, suggests that he may have abandoned this lawsuit. Accordingly, the court will give Gentle one more chance to respond to defendants' motion: he now has until **September 9, 2019,** to file an opposition to defendants' motion for summary judgment. His failure to meet this deadline will cause the court to grant defendants' motion as unopposed and dismiss this lawsuit without prejudice for failure to exhaust administrative remedies.

ORDER

IT IS ORDERED that plaintiff Joshua Gentle may have until **September 9, 2019,** to file a response to defendants' motion for summary judgment. **If Gentle does not respond by that date, the court will dismiss his claims without prejudice.**

Dated this 19th day of August, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge