IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA GENTLE,

      Plaintiff,

                                                Case No.  18-cv-193-wmc

  v.

DANE COUNTY JAIL, DAVE MAHONEY,
AND C. YANG,

      Defendants.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.


\_\_\_\_\_/s/_____        _____09/26/2019_____

Peter Oppeneer, Clerk of Court                Date